THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSE R. ABRAMS,<br><br>                    Plaintiffs,<br><br>       v.<br><br>JEFFERY SCHAEFER,<br><br>                    Defendants. | CASE NO. C22-5714-JCC-GJL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the report and recommendation, (Dkt. No. 52), of Magistrate Judge Grady J. Leupold, the remaining record, and there being no timely objection, does hereby find and ORDER:

(1)    The Court adopts the report and recommendation (Dkt. No. 52);

(2)    Defendant's Motion to Dismiss (Dkt. No. 50) is GRANTED, and Plaintiff's claims are DISMISSED with prejudice; and

(3)    The Clerk is DIRECTED to send copies of this Order to the parties and to Judge Leupold.

DATED this 10th day of October 2023.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
C22-5714-JCC-GJL
PAGE - 2